ARTHUR GAITA, Doing Business, etc., v. WINDSOR BANK.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LERNER STORES CORPORATION v. LERNER LADIES APPAREL SHOP, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LERNER STORES CORPORATION v. LERNER LADIES APPAREL SHOP, INC., and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL W. TEICHMAN v. TISHMAN REALTY & CONSTRUCTION CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARJORIE G. RUSHING v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT A. MOERS v. PUBLIC PRESS CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD H. JACKSON and Another v. 315 WEST 79TH STREET CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THEODORE SKULSKY v. P. R. TULLY PLUMBING CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAE V. O'GARA v. MORRIS FRANKEL and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of MOSES VALENTINE against SAMUEL D. LASKY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FIDELIA S. LOSCH, Administratrix De Bonis Non of the Estate of GEORGE BOOTH ONGLEY (GEORGE BYRON ONGLEY), Deceased, v. MAX MARCIN and Another.— Motion denied, with ten dollars costs, and stays vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FIDELIA S. LOSCH, Administratrix De Bonis Non of the Estate of GEORGE BOOTH ONGLEY (GEORGE BYRON ONGLEY), Deceased, v. MAX MARCIN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PHOTOMATON OPERATING CORPORATION v. PHOTOMOVETTE, INC., and Another. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of WALTER W. WEISMANN to Compel SAMUEL MEYERS, an Attorney and Counselor at Law, to Pay over Certain Moneys.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STUART G. GIBBONEY and Others v. ARTHUR T. VANDERBILT.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUSSELL K. SADLER v. BYRD M. LATHAM and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LENA SOLOMITZ, as Administratrix, etc., of HYMAN SOLOMITZ, Deceased, v.